## Ross *v.* Ross, Appellant.

Argued March 17, 1976. *Milton S. Lazaroff,* with him *Techner,*

*Rubin, Shapiro, Silverstein & Slass,* for appellant; *Garland D. Cherry,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.